IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN D. SWINDALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.:2:08-cv-00129-MHT-WC |
| | * | |
| MERCK & CO., INC., *et al.*, | * | |
| | * | |
| Defendant. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Merck & Co., Inc., Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

02/25/2008
Date

/s/Alan T. Hargrove, Jr.
ALAN T. HARGROVE, JR.
Bar No.: asb-7018-h46a
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
Alan T. Hargrove, Jr.
Ben C. Wilson
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
rcb@rsjg.com
ath@rsjg.com
bcw@rsjg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2008, a copy of the foregoing filing was mailed first class, postage prepaid, to:

Richard E. Crum, Esq.
SHEALY, CRUM & PIKE, P.C.
Post Office Box 6346
Dothan, Alabama 36302
Telephone: (334) 677-3000
Facsimile: (334) 677-0030
*Attorney for Plaintiff*

/s/Alan T. Hargrove, Jr.
Of Counsel