**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOHN D. SWINDALL, | ) |
|     Plaintiff, | ) |
| vs. | )    Case No.: 2:08-cv-00129-MHT-WC |
| MERCK & CO., INC., et al. | ) |
|     Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW <u>John D. Swindall</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    <u>  X  </u>       This party is an individual, or

    <u>      </u>       This party is a governmental entity, or

    <u>      </u>       There are no entities to be reported, or

    <u>      </u>       The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                      <u>Relationship to Party</u>

_____      _____

_____      _____

_____      _____

_____      _____

<u>February 26, 2008</u>        */s/ Richard E. Crum, Esq.*_____
Date                                 Richard E. Crum, Esq.

<u>John D. Swindall, Plaintiff</u>
Counsel for (print names of all parties)

<u>Shealy, Crum & Pike, P.C.</u>
<u>Post Office Box 6346</u>
<u>Dothan, Alabama 36302-6346</u>
Address, City, State Zip Code

<u>(334) 677-3000</u>
Telephone Number

## **CERTIFICATE OF SERVICE**

I hereby certify I have this served a copy of the foregoing, electronically, properly addressed, to:

Alan Hargrove, Jr., Esq.
Robert C. "Mike" Brock, Esq.
Ben C. Wilson, Esq.
Rushton, Stakely Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100
(334) 262-6277 - Fax

This the 26th day of February, 2008.

*/s/ Richard E. Crum, Esq.*
Of Counsel