IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN D. SWINDALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv129-MHT |
| ) | |
| MERCK & CO., INC. and ) | |
| SCHERING-PLOUGH ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

ORDER

Counsel for defendants having informed the court that counsel for plaintiff agrees, it is ORDERED as follows:

(1) The motion for extension of time to answer, move, or otherwise respond (Doc. No. 9) is granted.

(2) The motion to stay (Doc. No. 9) is granted.

(3) All proceedings in this case are stayed pending MDL transfer.

DONE, this the 28th day of February, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE